SCOTT C. CLARKSON, ESQ. SBN 143271
EVE A. MARSELLA, ESQ. SBN 165797
CHRISTINE M. FITZGERALD, ESQ. SBN 259014
CLARKSON, GORE & MARSELLA
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for SandBreck L.P.,
Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:09-bk-20070-TA |
| SANDBRECK, L.P., | Chapter 11 |
|     Debtor and Debtor in Possession. | **NOTICE OF CLAIMS DEADLINE** |

**NOTICE OF CLAIMS DEADLINE**

The Bankruptcy Court has set a deadline of May 31, 2010, for creditors and holders of ownership interest in the above-referenced debtor to file proofs of claim against or proofs of interest in the debtor's estate.

The exceptions to this deadline for filing proofs of claim or interest are: (1) claims arising from rejection of executor contracts or unexpired leases; (2) claims of governmental units; (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

For claims arising from rejection of executor contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claims is: (a) 30 days after the date of entry of the order authorizing the rejection, or (b) by May 31, 2010, whichever is later.

For claims of "governmental units," as the term is defined in 11 U.S.C. § 101(27), proofs of claim are timely filed if filed: (a) before 180 days after the date of the order for relief in this case, or (b) by May 31, 2010, whichever is later. 11 U.S.C. § 502(b)(9).

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is: (a) 30 days after the entry of judgment avoiding the transfer, or (b) May 31, 2010, whichever is later.

If you are listed on Schedule of Assets and Liabilities of SandBreck, L.P. and your claim or interest is not scheduled as disputed, contingent, unliquidated or unknown your claim or interest

1  is deemed filed in the amount set forth in the schedules, and the filing of a proof of claim or interest is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim or interest is scheduled (secured, unsecured, preferred stock, common stock, *etc.*) is correct. 11 U.S.C. § 1111(a).

If your claim or interest is not listed on the schedules <u>or</u> is scheduled as disputed, contingent, unliquidated or unknown, <u>or</u> you disagree with the amount or description scheduled for your claim or interest, you must file a proof of claim or interest.

**Failure of a creditor or interest holder to file timely a proof of claim or interest on or before the deadline may result in disallowance of the claim or interest or subordination under the terms of a plan of reorganization without further notice or hearing. 11 U.S.C. § 502(b)(9). Creditors and interest holders may wish to consult an attorney to protect their rights.**

Dated: February 23, 2010                                    CLARKSON, GORE & MARSELLA, APLC

                                                            By  /s/ Scott C. Clarkson
                                                            Scott C. Clarkson
                                                            Eve A. Marsella
                                                            Christine M. Fitzgerald
                                                            Attorneys for SandBreck, L.P.,
                                                            Debtor and Debtor in Possession

---

Notice of Claims Deadline

2

| In re: | CHAPTER 11 |
|---|---|
| SandBreck, L.P.,<br><br>Debtor(s) and<br>Debtors in Possession | CASE NUMBER: 8:09-bk-20070-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described **NOTICE OF CLAIMS DEADLINE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 23, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Counsel for U.S. Trustee**
Michael J Hauser    michael.hauser@usdoj.gov

**U.S. Trustee**
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**Counsel for Secured Creditors**
Steven G Polard    spolard@perkinscoie.com

**Other Interested Party**
Kelly W. Wright    Kwright@slco.org

☐    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **February 23, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page.

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 31, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1

| In re:                                                      | CHAPTER 11                        |
|-------------------------------------------------------------|-----------------------------------|
| SandBreck, L.P.,                                            | CASE NUMBER: 8:09-bk-20070-TA     |
| Debtor(s) and Debtors in Possession                         |                                   |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 23, 2010 | Brenda L. Campos |  |
|---|---|---|
| Date | Type Name | Signature |

**SERVED BY U.S. MAIL**

### JUDGE
Honorable Theodore C. Albert
411 W. Fourth St.  Suite 5085
Santa Ana, 92701-4593

### DEBTOR
SandBreck, L.P.
P.O. Box 52230
Irvine, CA 92619

### SECURED LENDERS
Wachovia Securities
1525 West Wt. Harris Blvd.
Bldg 2C2, Ref: 60253
Charlotte, NC 28262

Wachovia Bank
201 S. College Street
NC1075, 9th Floor
Charlotte, NC 28244-1075

Salt Lake County
2001 South State Street
Salt Lake City, UT 84190

### GENERAL PARTNER OF THE DEBTOR
GenReal Corporation
PO Box 52230
Irvine, CA 92619

### LIMITED PARTNERS OF THE DEBTOR
OceanStar Capital LP
PO Box 52230
Irvine, CA 92619

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 9013-3.1

| In re:                                                              | CHAPTER 11                           |
|---------------------------------------------------------------------|--------------------------------------|
| SandBreck, L.P.,<br>Debtor(s) and<br>Debtors in Possession          | CASE NUMBER:  8:09-bk-20070-TA       |

Yanni Capital Realty Partners
PO Box 52230
Irvine, CA 92619

**Wells Fargo Bank, as Trustee**
Steven G.F. Polard, Esq.
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067

**Creditors**
CB Richard Ellis
2755 E. Cottonwood Pkwy
Suite 100
Salt Lake City, UT 84121

Salt Lake County Treasurer
Attn: Ray Lancaster
2001 S. State St. #N1200
Salt Lake City, UT 84190

Franchise Tax Board
Attn: Bankruptcy Dept.
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19144-03256

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA94280-001

Securities & Exchange Commission
5670 Wilshire Blvd. 11th Floor
Los Angeles, CA 90036-5627

Wachovia Bank NA
P.O. Box 13765
Roanoke, VA 24037-3765

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                 **F 9013-3.1**